Hon.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRY L. JEFFERSON | NO. 2:11-cv-2174 |
| Plaintiffs, | |
| v. | |
| NICK EVANS, STEPHEN NADELL, SEATTLE POLICE DEPARTMENT, AND THE CITY OF SEATTLE | |
| Defendants. | |

Plaintiffs allege

# I. NATURE OF ACTION

1.1 <u>Introduction.</u>  This is a civil rights action brought by Plaintiffs pursuant to 42 U.S.C. Sec. 1983 and the Fourth and Fourteenth Amendments against the Defendant police officers and their marital communities.  This case arises from claims of excessive force, assault, unlawful arrest, unlawful search, unlawful seizure, unlawful imprisonment and harassment.

JAMES BIBLE LAW GROUP
600 1st Ave., Suite 302
Seattle WA 98104
(206) 588-2008
(206) 588-2144

## II. PARTIES

2.1 <u>Plaintiff Terry L. Jefferson</u>.  Terry L. Jefferson is a fifty one year old resident of King County, Washington.

2.2 <u>Defendants Evans</u>.  Defendants Nick Evans ("Evans") and Jane Doe Evans, whose true name is unknown, are husband and wife and comprise a marital community under the laws of the State of Washington.  At all times relevant, Evans was employed as law enforcement by the Seattle Police Department and was acting within the course and scope of his employment with the City of Seattle and under color of law.  All of Evans acts alleged herein were taken by Evans for himself, and by and for the benefit of the City of Seattle and his marital community.

2.3 <u>Defendants Nadell</u>.  Defendants Stephen Nadell ("Nadell") and Jane Doe Nadell, whose true name is unknown, are husband and wife and comprise a marital community under the laws of the State of Washington.  At all times relevant, Nadell was employed as law enforcement by the Seattle Police Department and was acting within the course and scope of his employment with the City of Seattle and under color of law.  All of Nadell's acts alleged herein were taken by Nadell for himself, and by and for the benefit of the City of Seattle and his marital community.

2.4 <u>Defendant Seattle Police Department</u>:  Defendant Seattle Police Department.  Defendant Seattle Police Department (SPD) is responsible for training and supervision of the officers it employees.  All of the police officers listed in this case were employed by the Seattle Police Department at all times relevant to this case.

2.5 <u>Defendant City of Seattle</u>.  Defendant City of Seattle (City) is responsible for the actions and activities of employees of the Seattle Police Department when SPD employees are acting within the course and scope of their employment.

## III. JURISDICTION AND VENUE

3.1.  <u>Jurisdiction.</u>  Jurisdiction in this Court is based on the existence of a federal question pursuant to 28 U.S.C. Section § 1331 and 1343, in that Plaintiffs assert claims for deprivation of civil rights under 42 U.S.C. § 1983 for violations of the Fourth and 14th Amendments to the United States Constitution.

3.2  <u>Venue.</u> Venue for this action is appropriate in this Court because the events giving rise to the claims asserted herein occurred in the Seattle Division of this district and because the plaintiff and defendants reside in this district.

## IV. FACTS

4.1  On the evening of January 6, 2010, Terry Jefferson was driving down a Seattle street with a female passenger.

4.2  While driving down this Seattle street, Mr. Jefferson saw oncoming traffic approaching him.  Because the street was narrow, Mr. Jefferson slowed down his car to a stop so that the two cars could navigate around each other.

4.3  The oncoming vehicle was a Seattle Police Car.  The Police Officers in the car turned on their red and blue lights.  Mr. Jefferson backed his vehicle up and onto the curb so that the officers would have room to pass.

| | | |
|---|---|---|
| 1 | 4.4 | The Seattle Police Officers moved there vehicle slightly forward and then came to a stop. As one of the Officers was getting out of their vehicle, he can be heard saying, "just yank em." |
| | 4.5 | When the officers reached Mr. Jefferson's car, Mr. Jefferson's car door was open. |
| | 4.6 | One of the officers yanked Mr. Jefferson out of the car. |
| | 4.7 | The Officers then took Mr. Jefferson to the ground forcefully. |
| | 4.8 | While on the pavement, Mr. Jefferson reported having his head slammed into the pavement and struck in the ribcage repeatedly by an officer. |
| | 4.9 | Mr. Jefferson was arrested, released and then sought care at Harborview Medical Center. The doctors found that Mr. Jefferson had a fractured rib, a sprained right elbow, a chipped tooth, and numerous abrasions to his knees, upper lip, and left cheek. |
| | 4.10 | Mr. Jefferson was charged with Obstructing Public Servant in Seattle Municipal Court in case No. 552836, on June 11, 2010. |
| | 4.11 | On January 14, 2011, the charges in case Seattle Municipal Court Case number 552836 were dismissed. |
| | 4.12 | The injuries that Mr. Jefferson received as a result of this incident have had a significant impact on his physical and emotional health. |
| | 4.13 | Significant portions of the events that give rise to this claim are audio and video recorded by the Seattle Police. |

## V. CAUSES OF ACTION

5.1   <u>First Cause of Action</u>. the City of Seattle and Seattle Police Department Officer's Evans and Nadell, are liable to the plaintiff for the tort of assault.

5.2 <u>Second Cause of Action.</u>  The City of Seattle and Officers Evans and Nadell are liable to the plaintiff for using excessive force against Mr. Jefferson.

5.3 <u>Third Cause of Action:</u>  The City of Seattle and Officers Evans and Nadell are liable to the plaintiff for Harassment.

5.4 <u>Fourth Cause of Action:</u>  The City of Seattle and Officers Evans and Nadell are liable to the plaintiff for unlawful arrest.

5.5 <u>Fifth Cause of Action:</u>  The City of Seattle and Officers Evans and Nadell, are liable to plaintiff for malicious prosecution.

5.6 <u>Sixth Cause of Action</u>: The City of Seattle and Officers Evans and Nadell are liable to the plaintiff for intentional infliction of emotional distress.

5.7 <u>Seventh Cause of Action</u>: The City of Seattle and Officers Evans and Nadell are liable to the plaintiff for negligent infliction of emotional distress.

5.8 <u>Eighth Cause of Action:</u> The City of Seattle, and Officers Evans and Nadell, are liable for unlawful search and seizure of Mr. Jefferson. The search and seizure of the Plaintiff was unreasonable in scope and duration in violation of Plaintiffs' rights under the Fourth Amendment and 42 USC Sec. 1983.

5.9 <u>Ninth Cause of Action.</u>  The City of Seattle is liable to the plaintiff for violation of the plaintiff's civil rights to the extent that the failure to train, supervise and discipline police officers is a policy, practice or custom of the City of Seattle.  42 USC Sec. 1983.

## VI. REQUEST FOR A JURY DEMAND

The plaintiff, Terry L. Jefferson, formally demands his right for his case to be heard by a jury.

*JAMES BIBLE LAW GROUP*
*600 1st Ave., Suite 302*
*Seattle WA 98104*
*(206) 588-2008*
*(206) 588-2144*

WHEREFORE, Plaintiffs pray for the following relief:

1. Damages and punitive damages in an amount to be proven at trial. Plaintiff seeks punitive damages against all defendants;

2. For reasonable attorney's fees and costs; and

3. For such other and further relief as the Court deems just and equitable.

DATED this ___29th___ day of _December_, 2011.

                      **JAMES BIBLE**

*(signature)*

James Bible, WSBA No. 33985
Attorney for Plaintiff
James Bible Law Group, PLLC
600 1st Ave., Suite 302
Seattle, WA 98104
Telephone: (206) 588-2008
Fax:  (206) 588-2144
E-mail: jbiblesblaw@gmail.com